# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

THE STATE OF MONTANA

vs.

**LEVI MICHAEL BIERWILER (aka BIERWIELER)**  No. CR 15-53-BLG-SPW

DOB: **1975**

PETITION TO OPEN
JUVENILE RECORDS

SSN: **XXX-XX-8249**

Whereas the above-name defendant entered a plea of GUILTY to *Conspiracy to Distribute Methamphetamine* and District Court Judge Susan P. Watters having ordered a Pre-Sentence Investigation into the Defendant's background, the Petitioner requests all juvenile records pertaining to the Defendant, including Law Enforcement, Juvenile Court Services, County Probation, County Welfare, medical and institutional treatment records and Department of Institutions records, be made available.

_____
U.S. Probation/Parole Officer

Date

\* \* \* \* \* \* \* \* \* \*
**ORDER**
\* \* \* \* \* \* \* \* \* \*

The Court having considered the aforementioned petition; does hereby order the release of pertinent juvenile records held by any Law Enforcement, Juvenile Court Services, County Probation, County Welfare, medical and institutional treatment records, Department of Institutions records or agency of the Adult/Juvenile Probation and Parole Officer.

_____ U.S. District Judge

Dated this 11th day of October, 2016.